**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JACQUELINE GOMEZ and YASHIRA CARRASCO, individually, and on behalf of all others similarly situated, | Case No. 15-CV-3326 (CM) (KNF) |
| Plaintiffs, | Civil Action |
|  | **NOTICE OF MOTION** **ELECTRONICALLY FILED** |
| - against - | **ORAL ARGUMENT REQUESTED** |
| LACE ENTERTAINMENT, INC. d/b/a LACE GENTLEMEN'S CLUB, MLB ENTERPRISES, CORP., d/b/a LACE GENTLEMEN'S CLUB, MLB ENTERPRISES CORP., ANTHONY CAPECI and GLEN ORECCHIO, |  |
| Defendants. |  |

**NOTICE OF MOTION OF LACE ENTERTAINMENT, INC. IN SUPPORT OF**
**ITS MOTION TO DISMISS, AND LIMITED OPPOSITION TO THE**
**MOTION TO COMPEL ARBITRATION**

**PLEASE TAKE NOTICE** that defendant, Lace Entertainment, Inc. ("LEI") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order granting its motion to dismiss, or, in the alternative, in opposition to only that portion of Defendants MLB Enterprises, Inc. and Anthony Capeci's motion to compel arbitration to the extent it could be construed to compel LEI to arbitrate pursuant to Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted, upon the accompanying declaration, and brief.

-2-

DATED:  New York, New York                          Respectfully submitted,
        July 8, 2015
                                                    COLE SCHOTZ, P.C.


                                                    By: /s/ Leo V. Leyva
                                                        Leo V. Leyva
                                                        Jed M. Weiss
                                                        Attorneys for Lace Entertainment, Inc.
                                                        Cole Schotz P.C.
                                                        900 Third Avenue, 16th floor
                                                        New York, NY 10022-4728
                                                        (212) 752-8000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that an exact copy of the foregoing Notice was provided via the Court's electronic filing system (CM/ECF) to all counsel of record, including counsel for Plaintiffs, on the 8th day of July, 2015.

/s/ *Jed M. Weiss*
JED M. WEISS

Attorneys for Lace Entertainment, Inc.