HG&R

**HEPWORTH, GERSHBAUM & ROTH, PLLC.**
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
HGRLAWYERS.COM T: (212) 545-1199 F: (212) 532-3801

MEMO ENDORSED

March 4, 2019

**VIA ECF**
The Honorable Colleen McMahon
United States District Judge for the
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
3/5/19

OK

/s/ Colleen McMahon
3/5/19

Re: *Gomez, et al. v Lace Entertainment, Inc., et al.*
Docket No.: 15-cv-03326 (CM)

Dear Judge McMahon:

We represent Plaintiffs in the above-referenced action. We write, to request that the Court extend the current deadline to submit the stipulated judgment of March 4, 2019 for thirty days making the new deadline April 3, 2019. Briefly, on December 21, 2018, Ms. Kinsley requested a three-week extension to file the stipulated judgment for the final damages amount in connection with the Court's rulings in connection with Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment, thus making it due on January 18, 2019. *See* Dkt. 165. Your Honor granted the request on January 2, 2019. *See* Dkt. 166. Defense counsel requested a second extension on February 18, 2019. *See* Dkt. 169. Your Honor granted this request on February 19, 2019. *See* Dkt. 170.

The undersigned has been waiting to review Defendants' revised calculations and coordinate a stipulated judgment. In February, defense counsel stated she needed to update the spreadsheet to include statutory damages, and we have not yet received the finalized spreadsheet to review. This is Plaintiffs' first request for an extension.

Should the Court have questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*s/ Janine Kapp*
Janine Kapp, Esq.
**HEPWORTH, GERSHBAUM & ROTH, PLLC**
Marc S. Hepworth
Charles Gershbaum
David A. Roth
Rebecca S. Predovan
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
***Attorneys for Plaintiffs***
