# ABW | ANDERSON, BOWMAN WALLSHEIN PLLC

Mark Anderson, Esq.
Dustin Bowman, Esq.
Charles Wallshein, Esq.

New York City:
80-02 Kew Gardens Road, Suite 600
Kew Gardens NY 11415
Tel: 718-263-6800

Long Island:
35 Pinelawn Road, Suite 106E.
Melville, NY 11747
Tel: 631-824-6555

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2025

• Btzalel Hirschhorn, Esq. • Matthew J. Routh, Esq. • Nicholas Neocleous, Esq. • Kimberly Wroblewski, Esq. •

May 6, 2025

*Via ECF*
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 24A
New York, NY 10007-1312

*[Handwritten: Conference adjourned to 6/12/2025 at 11:00 AM — Colleen McMahon 5/6/2025]*

Re: **Gomez and Carrasco, et. al. v. Lace Entertainment, et. al.**
[Docket No. 1:15-cv-03326 (CM)]

Dear Hon. Colleen McMahon,

Our office was recently retained to represent the Defendants MLB Enterprises, Corp. d/b/a Lace Gentlemen's Club, MLB Enterprises, Corp. and Anthony Capeci only in the above referenced proceeding. See ECF Docket No. 185. Currently, this matter is scheduled for an in person conference on May 8th, 2025 at 10:15am.

As such, this letter requests of this Court a two week adjournment of the in person conference to May 22nd, 2025 at 10:15am. This is Defendants' first request for an adjournment. Additionally, your affiant contacted counsel for Plaintiff, and Plaintiff consents to the

adjournment request. Moreover, your affiant is seeking an adjournment because your affiant's firm was just recently retained, and, Defendants' prior counsel Daniel Silver passed away on August 6th, 2020 and co-counsel for Defendants Jennifer Kinsley no longer practices law because she was elevated to the First District Court of Appeals in February 2023. Lastly, the adjournment request does not affect any other scheduled dates.

    Please do not hesitate to contact the office should the Court require anything further. Thank you.

                                          */s/ Matthew J. Routh*
                                          By: Matthew J. Routh, Esq.
                                          Attorneys for Defendants MLB Enterprises, Corp.
                                          d/b/a Lace Gentlemen's Club, MLB Enterprises,
                                          Corp. and Anthony Capeci

Cc via ECF:
THE SCHUTZER GROUP, PLLC
Attn: Eric P. Schutzer, Esq.
Attorneys for Plaintiffs
262 West 38th Street, Suite 903
New York, New York 10018